IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSHUA RANDALL, an individual;

             Plaintiff,

vs.

MATRIXX INITIATIVES, INC., a
Delaware Corporation;  ZICAM, LLC, an
Arizona Limited Liability Company;
BOTANICAL LABORATORIES, INC., a
Washington Corporation; and  WAL-
MART STORES, INC., a Delaware
Corporation;

             Defendants.

**4:11CV3181**

**MEMORANDUM AND ORDER**

The parties' stipulation, (Filing No. 33), is granted, and the final progression order is modified as follows:

1)    The deadline for identifying expert witnesses expected to testify at the trial is December 31, 2012.

2)    The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        January 18, 2013
        For the defendant(s):      March 15, 2013

3)    All other deadlines of the final progression order remain in effect.

December 14, 2012.

                      BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge